# In the United States District Court
## For the Southern District Of Georgia
### Waycross Division

| | | |
|---|---|---|
| LEE DIXON SCOTT, III, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-83 |
| | * | |
| v. | * | |
| | * | |
| CORRECTIONS CORPORATION OF | * | |
| AMERICA; JUDITH SMITH; DONNA M. | * | |
| ALVARDO; JOHN D. CORRENTI; | * | |
| ROBERT J. DENNIS; MARK A. EMKES; | * | |
| DAMON HINNINGER; C. MICHAEL | * | |
| JACOBI; ANNE L. MARIUCCI; | * | |
| THURGOOD MARSHALL, JR.; JOHN R. | * | |
| PRANN, JR.; JOSEPH V. RUSSELL; JOHN | * | |
| D. FERGUSON; COFFEE COUNTY, | * | |
| GEORGIA; CITY OF NICHOLS, | * | |
| GEORGIA; and GEORGIA DEPARTMENT | * | |
| OF CORRECTIONS CHAPLAIN, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge, dkt. no. 4, to which Objections have been filed, dkt. no. 6. After an independent and de novo review of the entire record of this case, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Therefore, the Court **DISMISSES** Plaintiff's Complaint, brought pursuant to 42 U.S.C. § 1983. Furthermore, for the

reasons set forth in the Magistrate Judge's Report and
Recommendation, the Court **DENIES** Plaintiff leave to appeal in
forma pauperis.  The Clerk of Court is hereby authorized and
directed to **CLOSE** this case and to enter an appropriate judgment
of dismissal.

**SO ORDERED**, this ___16___ day of ___December___, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA